Joseph G. Pia, joe.pia@padrm.com, #9945
Jedediah G. Brinton, jbrinton@padrm.com, #14145
PIA ANDERSON DORIUS REYNARD & MOSS, LLC
222 South Main Street, Suite 1830
Salt Lake City, Utah 84101
Phone:  (801) 350-9000
Fax: (801) 350-9010

*Attorneys for Non-Party Lannea Butler*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SYNCPOINT IMAGING, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NINTENDO OF AMERICA, INC., et al.,<br><br>Defendants. | **NOTICE OF WITHDAWAL OF MOTION**<br><br>Civil No. 2:16-mc-00013-DAK |

Plaintiff SyncPoint Imaging, LLC hereby notifies the Court that it is withdrawing, without prejudice, the Motion to Quash Non-Party Subpoenas and to Award Fees and Issue a Protective Order that was filed January 4, 2016 (Dkt. 2).  The parties are in discussions regarding the matter.

Dated: January 6, 2016			Respectfully Submitted,

			/s/ Joseph G. Pia
			   Joseph G. Pia
			   Sara E, Payne
			   Jedediah G. Brinton

			*Attorneys for Lannea Butler*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2016, I caused a true and correct copy of the foregoing to be filed with the Court via the Court's electronic case management and filing system on all counsel of record.

/s/ Joseph G. Pia